UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE ROSE,

                       Plaintiff,        21-cv-9164 (JGK)

        - against -            ORDER

RESHMA SHAH and AMIT SEHGAL,

                       Defendants.

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by **February 25**, 2022.

SO ORDERED.

Dated:    New York, New York
           February 8, 2022

                                        John G. Koeltl
                                  United States District Judge