UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
WAYNE ROSE,

            Plaintiff,

- against -

RESHMA SHAH and AMIT SEHGAL,

           Defendants.
---

21-cv-9164 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

JOHN G. KOELTL, District Judge:

The Court previously instructed the parties to file a Rule 26(f) report by February 25, 2022. The deadline for the parties to file a Rule 26(f) report is extended to April 11, 2022. The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           March 18, 2022

                                              John G. Koeltl
                                     United States District Judge