```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WAYNE ROSE,

                Plaintiff,

      - against -

RESHMA SHAH and AMIT SEHGAL,

                Defendants.

21-cv-9164 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received a letter from the plaintiff requesting an extension of the deadline for the parties to submit a Rule 26(f) report. The Court will file the letter under seal because the letter discusses health information. The deadline for the parties to file a Rule 26(f) report is extended to May 5, 2022.

    The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           April 7, 2022

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                      United States District Judge