```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WAYNE ROSE,

                Plaintiff,

- against -

RESHMA SHAH and AMIT SEHGAL,

                Defendants.

21-cv-9164 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The deadline for the parties to file a Rule 26(f) report is extended to May 25, 2022. If the parties do not file a Rule 26(f) report by May 25, 2022, then the case may be dismissed for failure to prosecute.

    The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            May 11, 2022

                                          John G. Koeltl
                                  United States District Judge