UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___06/09/2022___
```

Wayne Rose,

                                        Plaintiff,

                    -against-

Reshma Shah et al.,

                                        Defendants.

1:21-cv-09164 (JGK) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and as stated on the record, it is hereby ORDERED, as follows:

1. All discovery in this action shall be completed no later than August 31, 2022.

2. The parties shall make any amendments to pleadings no later than July 8, 2022.

3. The parties shall file a joint letter regarding proposed next steps in this action, including whether they wish to participate in a settlement conference (and, if so, setting forth available dates) and/or if either party intends to file a dispositive motion (and, if so, setting forth a proposed briefing schedule) on September 8, 2022.

4. Plaintiff is advised that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment by filling     out     the     intake     form     on     the     Court's     website,     see

https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212-659-6190 and leaving a message.

**SO ORDERED.**

Dated:      New York, New York
            June 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge