```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wayne Rose, | |
| Plaintiff, | 1:21-cv-09164 (JGK) (SDA) |
| -against- | ORDER |
| Reshma Shah et al., | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

Due to the Court having been advised that *pro se* Plaintiff was hospitalized, the telephone conference scheduled for today, September 22, 2022, at 11:00 a.m. is hereby rescheduled to October 6, 2022, at 2:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
         September 22, 2022

_____
STEWART D. AARON
United States Magistrate Judge