UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE ROSE,
                Plaintiff,

    - against -                21-cv-9164 (JGK)

RESHMA SHAH, ET AL.,          ORDER
                Defendants.

JOHN G. KOELTL, District Judge:

    In advance of trial in this case, the parties are directed to submit a joint pre-trial order and motions in limine by **January 20, 2023**. Objections are due by **January 27, 2023**. The parties should be ready for trial on 48 hours' notice on or after **February 9, 2023**. Because neither party has demanded a jury trial, the Court will conduct a bench trial. See Fed. R. Civ. P. 39(b) ("Issues on which a jury trial is not properly demanded are to be tried by the court.").

    If the parties fail to comply with these deadlines, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           December 15, 2022

                                                John G. Koeltl
                                      United States District Judge